UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> **USDC-SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC#:**
> **DATE FILED:** 4/13/2022

---

RAFIA LAWAL, on behalf of herself and all
others similarly situated,

                  Plaintiff,

        v.

FULLBEAUTY BRANDS, INC.,

                  Defendant.

22-CV-2347 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    April 13, 2022
          New York, New York

 

_____
Ronnie Abrams
United States District Judge