UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RAMON JAQUEZ, Individually, and On Behalf of All Others Similarly Situated,

                          Plaintiff,

vs.

ZWIFT, INC.,

                          Defendant.

Case No.: 1:22-cv-02347-RA

**NOTICE OF VOLUNTARY DISMISSAL**

---------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ramon Jaquez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Zwift, Inc.

DATED: May 26, 2022

**MIZRAHI KROUB LLP**

                /s/ Edward Y. Kroub
                EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 27, 2022